# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| **PATRICIA HARLOW,** | ) |
| **Plaintiff,** | ) Case No. EDCV 08-00151 AJW |
| v. | ) |
| **MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,** | ) **J U D G M E N T** |
| **Defendant.** | ) |

**IT IS ADJUDGED** that defendant's decision is affirmed.

DATED: October 20, 2008

_____
ANDREW J. WISTRICH
United States Magistrate Judge